## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH HARRIS                    :
                                 :
     **Plaintiff,**              :
  **v.**                          :     **3:13-CV-2282**
                                 :     **(JUDGE MARIANI)**
CITY OF SCRANTON                 :
                                 :
     **Defendant.**             :

## ORDER

**AND NOW, THIS 16TH DAY OF APRIL, 2014**, upon consideration of Defendant's

Motion to Dismiss (Doc. 6) and all accompanying briefs, **IT IS HEREBY ORDERED THAT**

Defendant's motion to dismiss is **DENIED**.

_____

Robert D. Mariani
United States District Judge